**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-7064**

PAUL LUXAMA,

                    Plaintiff - Appellant,

            v.

JOHN MCHUGH, Secretary of the U.S. Army; DAVID D. VELLENFE, JAG Counsel at Discharge proceedings; READ G. HARRIS, Major, Assistant Adjutant of the UCMJ; B. BELL, Major, special court-martial convening authority; EDWARD J. YANGER, President of the Army Review Agency; ACTING SECRETARY RYAN D. MCCARTHY,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:15-cv-01586-CMH-JFA)

Submitted:  February 26, 2019                    Decided:  March 7, 2019

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul Luxama, Appellant Pro Se.  Kimere Jane Kimball, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Luxama appeals the district court's orders dismissing his claims against several Defendants and granting summary judgment to the Secretary of the Army on his Administrative Procedure Act, 5 U.S.C. §§ 701-706 (2012), claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Luxama v. McHugh*, No. 1:15-cv-01586-CMH-JFA (E.D. Va. July 2, 2018 & July 18, 2018). We deny Luxama's motion for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*